**FILED**

**SEP 2 9 2006**

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Crim. No. 05-316 (ESH) |
| | ) | (under seal) |
| PABLO RAYO MONTAÑO et al | ) | |
| | ) | |

## ORDER

Upon consideration of the "Government's Motion Under The Speedy Trial Act To Exclude Time" and Defendant's Response Thereto, the Court hereby **ORDERS** that the government's motion is **GRANTED**.

1.  The Court **FINDS,** pursuant to 18 U.S.C. §3161(h)(7), that the period of time from the date of this order until the time the co-defendants are extradited to the U.S. and available for trial should be excluded.

2.  The Court **FINDS**, pursuant to 18 U.S.C. §3161(h)(8)(A), and 18 U.S.C. §3161(h)(8)(B)(i) and (ii), that the ends of justice served by granting the government's motion outweigh the best interest of the public and the defendant in a speedy trial. The reason for finding that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial is based upon

9

the nature of the case, that is, the case is an international drug conspiracy case involving

multiple defendants and evidence from several countries.

3.   Pursuant to 18 U.S.C. §3161(h)(9), the Court **FINDS**, by a preponderance of the

evidence, that the United States will make an official request, as defined in 18 U.S.C.

§3292, for evidence of the offense charged in the indictment from Brazil, Colombia, and

Panama, and that it reasonably appears that such evidence is in those nations. In

computing the time within which the trial must commence, the period of time from the

filing of the government's motion to six months therefrom shall be excluded pursuant to

18 U.S.C. §3161(h)(9) with the right of the government to apply for an additional six

months if necessary.

DATE: 9/29/06

_____
E/e S Huck
JUDGE
UNITED STATES DISTRICT COURT