NOTICE OF APPEARANCE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON   DC   20001-2800

| | |
|---|---|
| UNITED STATES OF AMERICA   )  | |
| )  | |
| )  | |
| )  | |
| v            )  | Criminal N° 05-316-19 (ESH) |
| )  | |
| )  | |
| JUAN CARLOS GOMEZ SANTOS   )  | |

TO:   CLERK OF THE COURT

PLEASE NOTE THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:  (Please check one)


✔ CJA        ☐ RETAINED        ☐ FEDERAL PUBLIC DEFENDER


*Joseph Virgilio*

_____
**Joseph Virgilio   (Bar N° 237370)**
1629 K Street NW
Suite 300
Washington   DC   20006
202.686.6914