# WARRANT FOR ARREST

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Pablo Rayo Montano<br>ak/a "Pablo Joaquin Rayo-Montano"<br><br>DOB:              PDID : | DOCKET NO: 05-316<br><br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Juan Carlos Gomez #19 | MAGIS. NO:<br><br>**FILED**<br>JUL 2 3 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR<br>        OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO IMPORT FIVE KILOGRAMS OR MORE COCAINE INTO THE UNITED STATES;

DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WILL BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING;

FORFEITURE

**IN VIOLATION OF:**  UNITED STATES CODE TITLE & SECTION:
21:963, 952 and 959(a); 18:2; 21:853 and 970

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: Kay<br>MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE) Alan Kay<br>U.S. MAGISTRATE JUDGE DEBORAH A. ROBINSON | DATE ISSUED:<br>2/22/06 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>FEB 22 2006 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>02/22/2006<br>DATE EXECUTED<br>07/23/2007 | NAME AND TITLE OF ARRESTING OFFICER<br>JOHN M. LONG CI/DUSM<br>U.S. MARSHALS | SIGNATURE OF ARRESTING OFFICER<br>John M. Long |

1129195