UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

*Juan Carlos Gomes*

Registration No.

CRIMINAL NO: 05-316

WRITTEN FINDINGS WAIVED (on the record)

**ORDER**

It is hereby ordered that the Defendant _*Juan Carlos Gomes*_

be committed to the custody of the Attorney General or a designated representative for

confinement in the corrections facility separate, to the extent practical, apart from persons

awaiting or serving sentences or being held in custody pending appeal. Defendant shall be

afforded a reasonable opportunity for private consultation with defense counsel. Upon order of a

Court of the United States of America or at the request of the United States Attorney for the

Government, the person in charge of the corrections facility shall deliver the Defendant to the

United States Marshal for the purposes of an appearance in connection with a court proceeding.

SO ORDERED, this _26th_ day of _July_, _2007_.

DEBORAH A. ROBINSON
United States Magistrate Judge