UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| *v* | * | **Criminal Nº 05-316-19 (ESH)** |
| | * | |
| **JUAN CARLOS GOMEZ SANTOS** | * | |

**O R D E R**

Upon consideration of the *Government's Supplemental Motion under the Speedy Trial Act to Exclude Time Pending the Arrival of Co-defendants, to Exclude Time Given the Nature of the Prosecution, and to Exclude Time to Obtain Evidence from Foreign Country*, and Defendant Gomez's opposition to that motion, it is this ____ day of _____ , 2007 hereby

**ORDERED** that the government's motion is **DENIED**.

**SO ORDERED**.

                                                                    _____
                                                                    ELLEN  S  HUVELLE
                                                                    United States District Judge