UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| *v* | * | Criminal Nº 05-316-19 (ESH) |
| | * | |
| JUAN CARLOS GOMEZ SANTOS | * | |

**MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel for Defendant JUAN CARLOS GOMEZ SANTOS respectfully moves the Court for leave to withdraw as counsel for Mr Gomez. As grounds for this motion, and in accordance with LOCAL RULE (LCrR) 44.5(d), counsel states the following:

1. On Sunday, January 13, 2008, counsel met with Defendant at the DC Jail's Central Treatment Facility where Defendant indicated to counsel that he is dissatisfied with counsel's representation and services in this matter and requested that counsel file the instant motion for change of representation.

2. Counsel was appointed to represent Mr Gomez on July 23, 2007. Throughout the 6 months of representing Mr Gomez there have been instances where the attorney-client relationship has deteriorated. In fact, On January 11, 2008, counsel received a message from Chambers that a Ms DeMoss had contacted Chambers on Mr Gomez's behalf to request that the Court appoint new counsel to represent Mr Gomez.

3. In light of the breakdown of the attorney-client relationship, counsel asks the Court to assign new counsel for Mr Gomez.

4. A defendant's right to effective assistance of counsel is a fundamental right. *See, eg, Argersinger v Hamlin*, 407 US 25 (1972). A defendant in a criminal trial should not be

required to face a serious criminal charge while being represented by an attorney the defendant does not want and who cannot render the most effective assistance to the defendant. *Cleveland v United States*, 322 F2d 401 (DC Cir), *cert denied*, 375 US 884 (1963).

5. Trial is currently set in this matter for June 16, 2008. Counsel submits that permitting him to withdraw at this time is in the interest of justice and will not unduly delay the trial of the case or be unfairly prejudicial to any party.

**WHEREFORE**, for the foregoing reasons, counsel respectfully moves for leave to withdraw as counsel for Mr Gomez in this case and for the Court to appoint new counsel.

Respectfully submitted,

*Joseph Virgilio*

Joseph Virgilio (Bar N° 237370)
1629 K Street NW
Suite 300
Washington   DC   20006
202.686.6914
ATTORNEY FOR JUAN CARLOS GOMEZ SANTOS
(Appointed by the Court)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I personally mailed a copy of the foregoing *Motion to Withdraw as Counsel*, first class postage prepaid, to Mr Juan Carlos Gomez Santos, DCDC N° 315-554, 1901 E Street SE, Washington DC 20003, and that a copy of the foregoing motion has been served electronically upon Paul Laymon, Esquire, Trial Attorney, US Department of Justice, Narcotic and Dangerous Drug Section, 1400 New York Avenue NW, Washington DC 20530 on January 14, 2008.

*Joseph Virgilio*

Joseph Virgilio