UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v | * | **Criminal Nº 05-316-19 (ESH)** |
| | * | |
| **JUAN CARLOS GOMEZ SANTOS** | * | |

# O R D E R

Upon consideration of the defense's *Motion to Withdraw as Counsel*, it is this \_\_\_\_\_ day of _____ , 2008,

**ORDERED** that the defendant's motion is granted, and it is

**FURTHER ORDERED** that _____ is hereby appointed to represent Defendant; and it is

**FURTHER ORDERED** that new counsel and the Government shall appear before this Court for a Status Hearing at \_\_\_ : \_\_\_ (*am*) (*pm*) on _____ \_\_\_\_\_ , 2008.

**SO ORDERED**.

_____
E<small>LLEN</small> S H<small>UVELLE</small>
United States District Judge

Copies to:

(See Attached)

UNITED STATES v JUAN CARLOS GOMEZ SANTOS
05-316-19 (ESH)
*Motion to Withdraw as Counsel*
**ORDER**

Paul Laymon, Esquire
Trial Attorney
United States Department of Justice
Narcotic and Dangerous Drug Section
1400 New York Avenue NW
Washington   DC   20530

Joseph Virgilio, Esquire
1629 K Street  NW
Suite 300
Washington   DC   20006