UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v | * | Criminal Nº 05-316-19 (ESH) |
| | * | |
| **JUAN CARLOS GOMEZ SANTOS** | * | |

### ORDER

Upon consideration of the defense's *Motion to Withdraw as Counsel*, it is this __14__ day of __January__ 2008,

**ORDERED** that the defendant's motion is granted, and it is

**FURTHER ORDERED** that __Elita Amaro__ is hereby appointed to represent Defendant; and it is

**FURTHER ORDERED** that new counsel and the Government shall appear before this Court for a Status Hearing at __11:00__ (am)(pm) on __February 15__, 2008.

**SO ORDERED.**

_Ellen S Huvelle_
ELLEN S HUVELLE
United States District Judge

Copies to:  Elita Amaro
(See Attached)  and counsel of record

UNITED STATES v JUAN CARLOS GOMEZ SANTOS
05-316-19 (ESH)
*Motion to Withdraw as Counsel*
ORDER
_____

Paul Laymon, Esquire
Trial Attorney
United States Department of Justice
Narcotic and Dangerous Drug Section
1400 New York Avenue NW
Washington   DC   20530

Joseph Virgilio, Esquire
1629 K Street  NW
Suite 300
Washington   DC   20006