IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No 05-316(ESH) |
| v. : | |
| : | |
| *Juan Carlos Gomez*, *et al* : | |

## MOTION TO ENLARGE TIME IN WHICH TO FILE MOTIONS AND MEMORANDUM OF POINTS AND AUTHORITIES

Juan Carlos Gomez through undersigned counsel, respectfully moves this Court pursuant Rule 45(b) of the Federal Rules of Criminal Procedure to enlarge the time by which to file a motions in this case.

During the last status hearing, the Court ordered all motions in this case be filed by February 29, 2008. To date, Mr. Gomez has not filed any motions. Based solely on the discovery provided to date, undersigned has not identified any motions that should be filed, with the exception possibly of a motion relative to the wiretaps. However, the discovery process is still ongoing. During the status hearing, the court ordered counsel to confer with government counsel regarding any outstanding discovery issues before raising them again with the court. Although, undersigned has had discussions with government counsel and has provided government counsel with a discovery request (see attached), no further discovery has yet been provided.[1] Government counsel is currently in trial and will most probably be only focusing on that trial at this time. Therefore, as not all discovery may have been received, undersigned requests additional time in which to file motions should it be necessary based on any additional discovery.

---

[1] A motion to compel discovery may be filed if the government does not respond to the pending discovery requests before the motions hearing deadline.

2

      **WHEREFORE**, Mr.Gomez, respectfully requests the Court permit further motions be filed after the date of February 28, 2008.

                                          Respectfully submitted,

                                          _____
                                          Elita C. Amato
                                          Counsel to Juan Carlos Gomez
                                          D. C. Bar # 442797
                                          2009 N. Fourteenth Street, Suite 708
                                          Arlington, VA  22201
                                          703-522-5900

### CERTIFICATE OF SERVICE

      **I CERTIFY** that the above motion was filed electronically on February 26, 2008, thereby causing service electronically on all parties in this case.

                                          _____
                                          **Elita C. Amato, Esq.**