# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 05-316 (ESH)
)
JUAN CARLOS GOMEZ )
_____ )

## ORDER

Upon consideration of Defendant's Motion to Enlarge Time, and any opposition, it is this _____ day of _____, 2008, hereby

**ORDERED** that defendant Juan Carlos Gomez' motion is granted; and it is further

**ORDERED** that Mr. Gomez may be permitted to file additional motions if he determines it necessary as the discovery process is completed.

**SO ORDERED**.

Date:

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT COURT JUDGE