IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No 05-316(ESH) |
| v. : | |
| : | |
| *Juan Carlos Gomez*, et al : | |

**MOTION TO JOIN AND ADOPT CO-DEFENDANT HURTADO'S OPPPOSITION TO GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO FILE NOTICES**

Juan Carlos Gomez through undersigned counsel, respectfully moves this Court permit him to join and adopt co-defendant Hurtado's opposition to the government's motion for an extension of time to file notices. Mr. Gomez is likewise prejudiced by the government's late filing of an extension. He has been waiting for the material in question. Although, the discovery is voluminous it appears that the crux of the government's case against Mr. Gomez, are the recorded telephone calls as well as the cooperator testimony, the very material which was supposed to be turned over yesterday, March 25, 2008.[1] Therefore, to permit the government to once again, hem and haw, at producing the material which Mr. Gomez needs the most to prepare for trial, is highly prejudicial. Mr. Gomez, like his co-defendant, has also waited a long time for his trial and he wants to proceed to trial as scheduled. The government has at least three assistants who are assigned to this case. Surely, at least one of them can focus on the court's order, take it seriously and fulfill the government's obligation. Undersigned is supposed to start a trial next week, and she was waiting for the material so that she could review it prior to her impending three week trial.

---

[1] Hurtado's motion lists the specific material in question.

2

      **WHEREFORE**, Mr.Gomez, respectfully requests the Court permit him join and adopt co-defendant Hurtado's motion, deny the government's motion for an extension of time and compel the government to comply with its Order of March 14, 2008, or be sanctioned.

                                       Respectfully submitted,

                                       _____
                                       Elita C. Amato
                                       Counsel to Juan Carlos Gomez
                                       D. C. Bar # 442797
                                       2009 N. Fourteenth Street, Suite 708
                                       Arlington, VA  22201
                                       703-522-5900

## CERTIFICATE OF SERVICE

      **I CERTIFY** that the above motion was filed electronically on March 26, 2008, thereby causing service electronically upon all parties in this case.

                                       _____
                                       **Elita C. Amato, Esq.**