**FILED**

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

MAR 2 6 2008

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NANCY MAYER WHITTINGTON, CLERK |
| | : | Crim. No 05-316(ESH)  U.S. DISTRICT COURT |
| v. | : | -19 |
| | : | |
| *Juan Carlos Gomez, et al* | : | |

## ORDER

Upon consideration of Mr. Gomez's Motion to Join, and Adopt Co-Defendant

Hurtado's Opposition to Government's Motion For An Extension of Time to File

Notices, any further government response therein, it is this _26_ day of

_March,_2008, hereby

**ORDERED** that defendant Mr. Gomez's motion is granted; and it is

further

**ORDERED** that he be permitted to join, and adopt Co-Defendant'

Hurtado's Oppositon.

**SO ORDERED**.

Date: 3/24/08

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT COURT JUDGE