IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim. No 05-316(ESH) |
| v. | : | |
| | : | |
| *Juan Carlos Gomez*, et al | : | |

## MOTION TO JOIN AND ADOPT CO-DEFENDANT HURTADO'S MOTION TO COMPEL AND SANCTIONS

Juan Carlos Gomez through undersigned counsel, respectfully moves this Court permit him to join and adopt co-defendant Hurtado's Motion to Compel and Sanctions and in addition would provide the following:

According to the court's directives of March 14, 2008, and March 28, 2008, the government was supposed to turn over all transcripts of the telephone calls they intend to play at trial. Those transcripts are to include the Spanish words spoken in the calls as well as a side by side translation in English to the Spanish. The government has not provided such material and instead claimed in its Exhibit List submission, filed at 7:21 p.m. on March 31, 2008, that transcripts of the calls involving intercepts of Juan Carlos Gomez were already turned over. (See Govt.'s Exhibit List, page 1) The only transcripts, of these phone calls the government provided to the defense were in Portuguese. Surely, the government does not intend to introduce Portuguese transcripts to the jury in this case.

Additionally, on the record, undersigned requested a more audible copy of the five telephone calls the government believes involves Juan Carlos Gomez. To date,

undersigned has received no additional copies and is unable to proceed further in her preparation to meet the government's evidence regarding those five telephone calls.

Mr. Gomez requests the Court sanction the government to preclude their use of these five telephone calls at trial as well as sanction the government further as requested in co-defendant Hurtado's motion.

**WHEREFORE**, Mr. Gomez, respectfully requests the Court permit him join and adopt co-defendant Hurtado's motion, prohibit the government from using at trial the five telephone calls it has identified as involving Juan Carlos Gomez, and further sanction the government for failing to comply with the Court's Orders of March 14, 2008 and March 28, 2008.

Respectfully submitted,

_____
 Elita C. Amato
Counsel to Juan Carlos Gomez
D. C. Bar # 442797
2009 N. Fourteenth Street, Suite 708
Arlington, VA  22201
703-522-5900

### CERTIFICATE OF SERVICE

**I CERTIFY** that the above motion was filed electronically on April 1, 2008, thereby causing service electronically upon all parties in this case.

_____
**Elita C. Amato, Esq.**