IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No 05-316(ESH) |
| v. : | |
| : | |
| *Juan Carlos Gomez*, et al : | |

# ORDER

Upon consideration of Mr. Gomez's Motion to Join, and Adopt Co-Defendant Hurtado's Motion to Compel and for Sanctions, any further government response therein, it is this _____ day of _____, 2008, hereby

**ORDERED** that defendant Mr. Gomez's motion is granted; and it is further

**ORDERED** that he be permitted to join, and adopt Co-Defendant' Hurtado's Opposition.

**SO ORDERED**.

Date:

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT COURT JUDGE