IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 1 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA            )
                                    )
v.                                  )   CRIMINAL NO. 05-316 (ESH)
                                    )
JUAN CARLOS GOMEZ                   )

### ORDER

Upon consideration of Defendant's Motion to Reschedule Status, and any opposition, it is this 16 day of April, 2008, hereby

**ORDERED** that defendant Juan Carlos Gomez' motion is granted; and it is further

**ORDERED** that the status hearing of April 18, 2008, will be rescheduled to a date and time amenable to all parties.

**SO ORDERED**.

Date:

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT COURT JUDGE