UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PABLO RAYO MONTANO<br>*et al.*,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Criminal No. 05-316 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
MAY 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Based on the status conference held with the parties on May 2, 2008, it is hereby **ORDERED** that:

(1) The government shall provide the following on or before May 12, 2008: affidavits filed in support of the Brazilian wiretap; and verbatim transcriptions of audio recordings that the government plans to use in its case-in-chief, with English and Spanish translations of each transcript. These audio recordings will not be admitted into evidence at trial if the government fails to produce the transcriptions by May 12, 2008;

(2) The government shall file revised witness and exhibit lists on or before May 29, 2008, and the parties shall file a joint *voir dire* on or before May 29, 2008;

(3) The government shall disclose the identities of all cooperators who will testify, along with any *Giglio* materials within its possession, custody, or control, on or before noon on June 12, 2008;

(4) The defendants shall provide written summaries of any expert testimony pursuant to Fed. R. Crim. P. 16(b)(1)(C) on or before June 18, 2008;

(5) A status conference is set for June 9, 2008, at 9:30 a.m. in Courtroom 14, at which

time the Court will address any *Jencks* issues; and

(6) *Voir dire* for this trial shall commence on June 18, 2008, at 9:30 a.m. in Courtroom 14.

**SO ORDERED**.

                                                ELLEN SEGAL HUVELLE
                                                United States District Judge

Dated: May 5, 2008