UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | CRIMINAL NO. 05-316 (ESH) |
| JAIME MICOLTA HURTADO<br>JUAN CARLOS GOMEZ, | : | |
| Defendants. | : | |

**GOVERNMENT'S SUPPLEMENTAL EXHIBIT LIST**

The United States of America, by and through its attorney, the United States Department of Justice, Criminal Division, Narcotic and Dangerous Drug Section, may offer the following exhibits as evidence at trial:

1. Map of Colombia

2. Map of Central America, South America, and the United States

3. Phone call # 2281020, and accompanying Spanish to English transcript

4. Phone call # 3315507, and accompanying Spanish to English transcript

5. Phone call # 3353208, and accompanying Spanish to English transcript

6. Phone call # 3817037, and accompanying Spanish to English transcript

7. Phone call # 3822779, and accompanying Spanish to English transcript

8. Phone call # 3848844, and accompanying Spanish to English transcript

9. Jackson Orozco-Gil's Plea Agreement

10. Domingo Micolta-Hurtado's Plea Agreement

11. Fidel Sandoval-Rosero's Plea Agreement

12. Fidel Sandoval-Rosero's email address book

13. Omar Micolta-Hurtado's Plea Agreement

14. Pablo Rayo Montano's phone book

15. Contents of Jaime Micolta Hurtado's wallet at the time of his arrest

    a. Jaime Micolta Hurtado's Colombian driver's license

    b. Jaime Micolta Hurtado's Republic of Panama driver's license

    c Jaime Micolta Hurtado's State of California driver's license

    d. Jaime Micolta Hurtado's Social Security Card

    e. Jaime Micolta Hurtado's Permanent Resident Card

    f. Jaime Micolta Hurtado's Republic of Panama Voter's Registration Card

16. Jaime Micolta Hurtado's Colombian Passport

17. Jaime Micolta Hurtado's cellular telephone

18. Curriculum Vita for Michael Garland

Respectfully submitted,

/s/
Paul Laymon, Trial Attorney
Donnell W. Turner, Trial Attorney
Mary E. Mogavero, Trial Attorney
Narcotic and Dangerous Drug Section
United States Department of Justice
1400 New York Ave N.W.
Washington, D.C. 20005
202-725-7741

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 12th day of June, 2008, a copy of the foregoing Exhibit List was filed electronically with the Clerk of the Court and served on all counsel of record through the electronic case filing system.

                                                  _/s/_____
                                                  Mary E. Mogavero
                                                  Trial Attorney
                                                  Narcotic and Dangerous Drug Section
                                                  Criminal Division
                                                  U.S. Department of Justice
                                                  1400 New York Ave NW
                                                  Washington, DC 20530
                                                  202-514-0917