IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :        Crim. No 05-316(ESH) |
| v. | : |
| | : |
| *Juan Carlos Gomez*, et al | : |

**MOTION TO JOIN AND ADOPT CO-DEFENDANT HURTADO'S OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE REGARDING DISCLOSURE OF AGENTS' REPORTS AND OPPOSITION AGAINST EXHIBIT LIST**

Juan Carlos Gomez through undersigned counsel, respectfully moves this Court permit him to join and adopt in part co-defendant Hurtado's opposition to government's motion in limine regarding disclosure of agents' reports and to join and adopt in full, Hurtado's opposition to government's supplemental exhibit list.

Mr. Gomez does not so quickly accept as Hurtado does, the government's representations that the DEA-6 form that Agent Ventura prepared based on an interview of a confidential informant interviewed during the investigation of this case will not relate to the subject matter of Agent Ventura's testimony at trial. Such interview may vary well form the basis in some part to what Agent Ventura will testify about as an expert. Agent Ventura may by all means take into account information that he obtained and learned through his interviews of the confidential informant in forming the basis of his opinions to be presented at trial. Therefore, even based on the government's representations in their in limine motion, the question remains as to whether the DEA 6 form is *Jencks*. Mr. Gomez, through counsel, requests the opportunity to question Agent Ventura relative to the impact the interviews of the Confidential Informant may have had on his gathering of information and in developing his opinions.

Further, the DEA 6 may contain *Brady* information relative to the witnesses that the government will call to testify at trial.

Additionally, Mr. Gomez, requests that not only pursuant to *Jencks* and *Brady*, but also under *Giglio v. United States*, 405 U.S. 150 (1972), should the reports, namely the DEA 6s of witness interviews for witnesses who will testify be turned over.

**WHEREFORE**, Mr. Gomez, respectfully requests the Court permit him join and adopt in part co-defendant Hurtado's opposition to government's motion in limine regarding disclosure of agents' reports and to join and adopt in full, Hurtado's opposition to government's supplemental exhibit list.

Respectfully submitted,

/s/

_____
 Elita C. Amato
 Counsel to Juan Carlos Gomez
 D. C. Bar # 442797
 2009 N. Fourteenth Street, Suite 708
 Arlington, VA  22201
 703-522-5900

**CERTIFICATE OF SERVICE**

**I CERTIFY** that the above motion was filed electronically on June 13, 2008, thereby causing service electronically upon all parties in this case.

/s/
_____
**Elita C. Amato, Esq.**