CO-526
(12/86)

**FILED**

JUN 3 0 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA     )
                             )
                             )
        vs.                  )   Criminal No. 05-316-19
                             )
Juan Carlos Gomez            )
                             )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

Paul Laymon  30 Jun 08
_____
United States Attorney

Approved:

_____
Judge