Copies to: Judge
AUSA - Special Proceedings
Dft.

JUL 2 2 2008

05-316-19

Leave to file Granted
ESH

WASHINGTON D.C. JULY 9TH, 2008

7/24/08

United States Court of Appeals
District C. To the CLERK OF THE COURT.

I, JUAN CARLOS GOMEZ SANTOS, SUBMIT THIS NOTICE OF

APPEAL.

**FILED**

JUL 2 4 2008

RESPECTFULLY YOURS.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JUAN CARLOS GOMEZ SANTOS