JUAN CARLOS GOMEZ SANTOS #315554
1901 E ST. S.E
WASHINGTON D.C. 20003

*Your name and address should be here.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 05-316 (ESH) |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF APPEAL |
| ) | |
| JUAN CARLOS GOMEZ SANTOS ) | **FILED** |
| ) | JUL 2 4 2008 |
| Defendant. ) | |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

COMES NOW the Defendant, JUAN CARLOS GOMEZ SANTOS, pro se, and hereby gives notice of appeal from the judgment and sentence imposed by this Court on JUNE 30TH, 2008.

Respectfully submitted this 9TH day of JULY, 2008.

_____
JUAN CARLOS GOMEZ SANTOS

Copy mailed this _____ day of _____,
200____, to each of the following: